UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>    Plaintiff,<br><br>    v.<br><br>PRAXAIR DISTRIBUTION, INC., et al.,<br><br>    Defendants. | Case No.  3:20-cv-07817-JD<br><br>**ORDER RE VEXATIOUS LITIGANT** |

Defendant Praxair Distribution, Inc. (Praxair) has asked the Court to declare plaintiff King a vexatious litigant. Dkt. No. 69. There is no doubt that King has an extensive history of pro se litigation in many courts. In some instances, the good-faith basis of his cases and claims may be questioned. "Restricting access to the courts is, however, a serious matter," and implicates a litigant's First Amendment right to petition the court for a redress of grievances. *Ringgold-Lockhart v. Cnty. Of Los Angeles*, 761 F.3d 1057, 1061 (9th Cir. 2014) (citing *BE & K Const. Co. v. NLRB*, 536 U.S. 516, 524-25 (2002)). Consequently, Praxair's request is denied without prejudice.

**IT IS SO ORDERED.**

Dated: October 13, 2023

JAMES DONATO
United States District Judge