UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>        Plaintiff,<br><br>    v.<br><br>PRAXAIR DISTRIBUTION, INC., et al.,<br><br>        Defendants. | Case No. 3:20-cv-07817-JD<br><br>**JUDGMENT** |

Pursuant to the summary judgment order, Dkt. No. 92, and Federal Rule of Civil Procedure 58, judgment is entered for Praxair Distribution, Inc., on all claims. Each party will bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: April 16, 2024

_____
JAMES DONATO
United States District Judge