UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>          Plaintiff,<br><br>     v.<br><br>PRAXAIR DISTRIBUTION, INC., et al.,<br><br>          Defendants. | Case No.  3:20-cv-07817-JD<br><br>**ORDER RE DISMISSAL OF WHALEY** |

Plaintiff King was advised that the claims against defendant Dwight Whaley would be dismissed without prejudice if King did not effect proper service on Whaley by May 3, 2024.  Dkt. No. 94.  The record does not indicate that King met the deadline or that Whaley has been served.  Consequently, the claims against Whaley are dismissed without prejudice under Rules 4(m) and 41(b).  Fed. R. Civ. P. 4(m), 41(b).  Because no other defendants remain in the case, *see* Dkt. No. 93, the case is closed.

**IT IS SO ORDERED.**

Dated:  June 3, 2024

JAMES DONATO
United States District Judge